IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------x
In re                                     :
                                          :  Chapter 11
LOVE RENVOATIONS & DESIGN LLC             :
                                          :  Bankruptcy No. 22-12011 (MDC)
                        Debtor            :
                                          :  Hearing Date: 11/30/22
                                          :
-----------------------------------------------------x
```

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing City of Philadelphia's Objection to Debtor's Plan of Reorganization was served, on the date set forth below, upon all parties including the following:

<u>VIA ECF FILING</u>
Jeffrey S. Cianciulli, Esq.
Weir Greenblatt Pierce
1339 Chestnut Street, Ste 500
Philadelphia, PA 19107

<u>VIA ECF FILING</u>
Kevin P. Callahan, Esq.
United States Trustee
900 Market Street, Suite 320
Philadelphia, PA  19107

Respectfully submitted,

THE CITY OF PHILADELPHIA


Dated: 11/25/22                By:    */s/ Pamela Elchert Thurmond*
                                      PAMELA ELCHERT THURMOND
                                      Senior Attorney
                                      PA Attorney I.D. 202054
                                      Attorney for the City of Philadelphia
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0508 (phone)
                                      Email: Pamela.Thurmond@phila.gov