**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| LOVE RENOVATIONS & DESIGN, LLC | : |
| | : NO.: 22-12011-MDC |
| Debtor. | : |

## CERTIFICATE OF SERVICE

I, Jeffrey S. Cianciulli, hereby certify that on December 22, 2022, I did cause a true and correct copy of Debtor's Amended Plan of Reorganization was served electronically on all parties registered via the Court's CM/ECF system and via U.S. First Class mail to all parties on the attached service list.

Kevin P. Callahan, Trial Attorney
Office of the United States Trustee
Robert N.C. Nix Sr. Federal Building
900 Market Street, Room 320
Philadelphia, PA 19107

Leona Mogavero, Esq. - Trustee
Friedman Schuman, P.C.
275 Commerce Drive, Suite 210
Fort Washington, PA  19034

/s/ Jeffrey S. Cianciulli
Jeffrey S. Cianciulli, Esquire

```
Label Matrix for local noticing          (p)CITY OF PHILADELPHIA LAW DEPARTMENT     EXP Realty, LLC
0313-2                                    MUNICIPAL SERVICES BUILDING                1848 N. Hancock Street
Case 22-12011-mdc                         1401 JOHN F KENNEDY BLVD 5TH FLOOR         Philadelphia, PA 19122-2307
Eastern District of Pennsylvania          PHILADELPHIA PA 19102-1617
Philadelphia
Thu Dec 22 14:39:54 EST 2022

Eric Hebert                               Love Renovations & Design, LLC             Philadelphia
c/o Michael Vagnoni                       481 Bethel Mill Road                       900 Market Street
Obermayer Rebmann Maxwell & Hippel LLP    Sewell, NJ 08080-4531                      Suite 400
1500 Market Street, Suite 3400                                                       Philadelphia, PA 19107-4233
Centre Square West
Philadelphia, PA 19102-2100

Barclays                                  (p)JPMORGAN CHASE BANK  N A               Eric Hebert
P.O. Box 8801                             BANKRUPTCY MAIL INTAKE TEAM                c/o Matthew Green, Esquire
Wilmington, DE                            700 KANSAS LANE FLOOR 01                   Obermayer
19899-8801                                MONROE LA 71203-4774                       1120 Route 73, Suite 420
                                                                                     Mount Laurel, NJ 08054-5109

Eric Hebert                               Eric Hebert                                Fulton Bank of NJ
c/o Michael D. Vagnoni, Esq.              c/o Michael Vagnoni                        Loan Operations
1500 Market St.,                          Obermayer Rebmann Maxwell & Hippel LLP     PO Box 25226
Philadelphia, PA 19102-2100               Centre Square West                         Lehigh Valley, PA 18002-5226
                                          Philadelphia, PA 19102

Home Depot Credit                         Kiavi Funding Inc.                         Lending Home Funding Corporation
Services                                  c/o Robert Wendt, Esq.                     2 Allegheny Center
P.O. Box 790328                           Leopold & Associates, PLLC                 Nova Tower 2, Suite 200
Saint Louis, MO 63179-0328                275 Curry Hollow Road                      Pittsburgh, PA 15212-5402
                                          Building 1, Suite 280
                                          Pittsburgh PA 15236-4631

LendingHome Funding Corporation           Lisa Cavalieri                             Lowes
c/o Kiavi Funding, Inc. Attn: FC/BK       1835 Honeysuckle                           P.O. Box 530970
2 Allegheny Center, Nova Tower 2, Suite   Court                                      Atlanta, GA
Pittsburgh, PA 15212-5402                 Downingtown, PA 19335-7205                 30353-0970

Margaret Love                             Mary Cavalieri                             Richard Dicintio
125 Bethel Mill Road                      14 Sheffield Lane                          408 Sweedsboro Blvd.
Sewell, NJ 08080-3907                     Blackwood, NJ 08012-1441                   Barrington, NJ 08007

The City of Philadelphia and/or           United States Trustee                      United States Trustee for Region 3
Water Revenue Bureau                      Office of United States Trustee            c/o Kevin P. Callahan, Trial Attorney
c/o Pamela Elchert Thurmond, Esq.         Robert N.C. Nix Federal Building           Office of the United States Trustee
1401 JFK Blvd, 5th floor                  900 Market Street                          Robert N.C. Nix Sr. Federal Bldg.
Philadelphia, PA 19102-1663               Suite 320                                  900 Market Street, Room 320
                                          Philadelphia, PA 19107-4202                Philadelphia, PA 19107-4202

JEFFREY S. CIANCIULLI                     JEFFREY S. CIANCIULLI                      LEONA MOGAVERO, ESQ.
Weir Greenblatt Pierce                    Weir Greenblatt Pierce LLP                 Friedman Schuman, P.C.
1339 Chestnut Street                      The Widener Building                       275 Commerce Drive
Suite 500                                 1339 Chestnut Street, Ste 500              Suite 210
Philadelphia, PA 19107-3503               Philadelphia, PA 19107-3503                Fort Washington, PA 19034-2417

WALTER WEIR JR.
Weir Greenblatt & Pierce, LLP
1339 Chestnut Street
Suite 500, The Widener Bldg.
Philadelphia, PA 19107-3501
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CITY OF PHILADELPHIA
Tax & Revenue Unit
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
Major Tax Litigation Division
Philadelphia, PA 19102-1595

Chase Credit
P.O. Box 36520
Louisville, KY 40233

(d)City of Philadelphia
Law Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia PA 19102

(d)Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Kiavi Funding Inc.

(d)Barclays
P.O. Box 8801
Wilmington, DE 19899-8801

(d)Home Depot Credit Services
P.O. Box 790328
Saint Louis, MO 63179-0328

(d)Lisa Cavalieri
1835 Honeysuckle Court
Downingtown, PA 19335-7205

(d)Lowes
P.O. Box 530970
Atlanta, GA 30353-0970

(d)Mary Cavalieri
14 Sheffield Lane
Blackwood, NJ 08012-1441


End of Label Matrix
Mailable recipients    27
Bypassed recipients     6
Total                  33