### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| LOVE RENOVATIONS & DESIGN, LLC | NO.: 22-12011-MDC |
| Debtor. | |

### REPORT OF PLAN VOTING FOR DEBTOR'S AMENDED
### PLAN OF REORGANIZATION

This is the Report of Plan Voting prepared by Weir Greenblatt Pierce LLP, for the Debtor's Amended Plan of Reorganization. (the "Plan") proposed by Love Renovations & Design, LLC (hereinafter, referred to as the "Debtor").

1.  In compliance with the Court Order dated January 19, 2023 (the "Procedures Order"), the Solicitation Package and/or Non-Voting Status Notices approved by the court, including where applicable a ballot, were mailed to all creditors, other parties in interest, the Subchapter V Trustee and the United States Trustee, as provided in Fed.R.Bankr.P. 3017(d).

2.  The Procedures Order established January 28, 2023 as the Voting Record Date for the Plan.

3.  In accordance with the Procedures Order, the Debtor solicited all required parties as of the Voting Record Date and certified service thereof. [D.I. 74].

4.  The following is a summary of the voting responses of the various classes identified in the Plan, from ballots received by Debtor's Counsel:

    a.  Class 1. **City of Philadelphia.** Pursuant to Section 1126(f) of the Bankruptcy Code, this class is not impaired under the Plan, and is conclusively presumed to have accepted the Plan and solicitation of acceptances with respect to such class from the holders of claims of

676565.1

such class is not required. Accordingly, Class 1 is deemed to have **accepted** the Plan.

      b.    Class 2.  **Lending Home Funding Corporation.**  Pursuant to Section 1126(c) of the Bankruptcy Code, this class is impaired under the Plan, and is entitled to vote on the Plan. One (1) ballot was received from Lending Home Funding Corporation a/k/a Kiavi Funding in the amount of $371,676.79 that accepted the Plan. Accordingly, Class 2, which is impaired, has **accepted** the Plan.

      c.    Class 3.  **Eric Hebert.**  Pursuant to Section 1126(c) of the Bankruptcy Code, this class is impaired under the Plan, and is entitled to vote on the Plan.  One (1) ballot was received from Eric Hebert in the amount of $54,770.69 that accepted the Plan. Accordingly, Class 3, which is impaired, has **accepted** the Plan.

      d.    Class 4.  **Unsecured Claims.**  One (1) ballot has been received in this class in the aggregate amount of $13,288.19 that accepted the Plan. Accordingly, Class 4, which is impaired, has **accepted** the Plan.

    5.    On the basis of the foregoing, the Debtor reports that all Classes have **accepted** the Plan.

    6.    Counting of the ballots in this Report of Plan Voting shall not be deemed an admission of the accuracy or validity of the claim of any creditor, nor a waiver of the right to object to any Proof of Claim or interest filed in this case.

    7.    A copy of each of the ballots received are attached hereto and made part hereof as Exhibit "A".

    8.    The Debtor requests that the Court confirm the Amended Plan of Reorganization pursuant to 11 U.S.C. Section 1191(a) of the Bankruptcy Code.

                                        WEIR GREENBLATT PIERCE LLP

                                By: /s/ Jeffrey S. Cianciulli
                                        Jeffrey S. Cianciulli, Esquire
                                        1339 Chestnut Street, Suite 500
                                        Philadelphia, PA  19107
                                        (215) 665-8181
                                        *jcianciulli@wgpllp.com*
                                        Counsel for the Debtor

Dated: February 28, 2023