# EXHIBIT "A"

No person has been authorized to give any information or advice, or to make any representation, other than what is included in any other materials accompanying this Ballot.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| LOVE RENOVATIONS & DESIGN, LLC, | Case No. 22-12011-MDC |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT
THE PLAN OF REORGANIZATION**

On December 22, 2022, Debtor Love Renovation & Design, LLC (the "Debtor") filed its Amended Plan of Reorganization (the "**Plan**") [D.I. 51]. If you are, as of January 28, 2023 (the "Record Date"), a holder of an Allowed Claim, please use this Ballot to accept or reject the Plan.

The United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") will hold a hearing on the confirmation of the Plan on March 1, 2023, at 11:30 a.m., or such other time as established by the Court.

If you have any questions on how to properly complete this Ballot, please contact counsel for Debtor, Jeffrey S. Cianciulli at jcianciulli@wgpllp.com.

Please be advised that counsel to the Debtor cannot provide legal advice to those seeking information relating to this Ballot.

---

**IMPORTANT**

**You should review the Plan before you submit this Ballot. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim under the Plan.**

**If you hold Claims in more than one Class under the Plan, you may receive a Ballot for each such other Class and must complete a separate Ballot for each such Class.**

---

#675714.1

**VOTING DEADLINE: February 27, 2023 at 5:00 p.m. (the VOTING DEADLINE").**

**To be counted as a vote to accept or reject the Plan, a Ballot must have been properly completed, executed, and delivered to the Debtor's counsel by hand-delivery, U.S. Mail, or Federal Express to the following address:**

**Weir Greenblatt Pierce LLP
Attn: Jeffrey S. Cianciulli, Esquire
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107**

**so that the Ballots are received on or before the Voting Deadline.**

**Your receipt of this Ballot does not signify that your Claim(s) has been or will be allowed. The Debtor reserves all rights to dispute such Claim(s).**

## INSTRUCTIONS FOR COMPLETING THE BALLOT

**PLEASE READ THE PLAN CAREFULLY BEFORE COMPLETING THIS BALLOT.**

1. Complete, sign, and return this Ballot to Debtor's counsel so that it is actually received no later than the Voting Deadline, unless such time is extended in writing by the Debtor. Ballots must be delivered to:

   > Weir Greenblatt Pierce LLP
   > Jeffrey S. Cianciulli, Esq.
   > 1339 Chestnut Street, Suite 500
   > Philadelphia, PA 19107

   BALLOTS WILL <u>NOT</u> BE ACCEPTED BY FAX OR EMAIL

2. To properly complete the Ballot, you must follow the procedures described below:

   a. If you are completing this Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

   b. If you also hold other Claims, you should separately complete and submit a Ballot for each Class of Claims in which you hold Claims. Your Ballot will be counted only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on such Ballot;

#675714.1                                    2

  c. If you believe that you have received the wrong Ballot, please contact counsel to the Debtor immediately;

  d. Provide your name and mailing address on your Ballot;

  e. Sign and date your Ballot and provide the remaining information requested; and

  f. Return the Ballot to counsel to the Debtor by mail or website as set forth above.

3. The Plan also is available to you upon request to Debtor's counsel.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT. PLEASE COMPLETE THE FOLLOWING:

**Item 1. Claim.** The undersigned hereby certifies that, as of the Record Date, the undersigned was the holder (or authorized signatory of such holder) of a Claim in the aggregate amount provided below.

| **Amount of Claim:** |
|---|
| $ 371,676.79 |

**Item 2. Vote on the Plan.** The undersigned holder of a Claim in the amount identified in Item 1 above hereby votes to:

**Check ONE box:**

   ☒ to **Accept** the Plan

   OR

   ☐ to **Reject** the Plan

**Item 3. Certification as to other Claims.** The undersigned hereby certifies that either (i) it has not submitted any other Ballots for other Claims held in other accounts or other record names, or (ii) if it has submitted Ballots for other such Claims held in other accounts or other record names, then such Ballots indicate the same election.

**Item 4. Acknowledgements and Certification.** By signing this Ballot, the undersigned acknowledges that: (i) it is the holder of the Claim identified in Item 1 above as of the Record Date; and (ii) it has full power and authority to make execute this Ballot in connection with the Plan.

#675714.1    3

| | |
|---|---|
| Print or Type Name of Claimant: | Kiavi Funding, Inc. |
| Last Four (4) Digits of Social Security or Federal Tax I.D. No. of Claimant: | 83-2447792 |
| Signature: | *(signed)* Robert P. Wendt |
| Name of Signatory (if different than Claimant): | Robert P. Wendt, Esq. |
| If by Authorized Agent, Title of Agent: | Counsel for Claimant, Kiavi Findung, Inc. |
| Street Address: | 275 Curry Hollow Rd., Bld. 1, Ste. 280 |
| City, State, and Zip Code: | Pittsburgh, PA 15236 |
| Telephone Number: | 914-219-5787 x490 |
| Email Address: | rwendt@leopoldassociates.com |
| Date Completed: | 02/22/2023 |

This Ballot shall not constitute or be deemed a proof of Claim or Interest, an assertion of a Claim or Interest, or the allowance of a Claim or Interest.

#675714.1                                                                4

**No person has been authorized to give any information or advice, or to make any representation, other than what is included in any other materials accompanying this Ballot.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| LOVE RENOVATIONS & DESIGN, LLC, | Case No. 22-12011-MDC |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT
THE PLAN OF REORGANIZATION**

On December 22, 2022, Debtor Love Renovation & Design, LLC (the "Debtor") filed its Amended Plan of Reorganization (the "Plan") [D.I. 51]. If you are, as of January 28, 2023 (the "Record Date"), a holder of an Allowed Claim, please use this Ballot to accept or reject the Plan.

The United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") will hold a hearing on the confirmation of the Plan on March 1, 2023, at 11:30 a.m., or such other time as established by the Court.

If you have any questions on how to properly complete this Ballot, please contact counsel for Debtor, Jeffrey S. Cianciulli at jcianciulli@wgpllp.com.

Please be advised that counsel to the Debtor cannot provide legal advice to those seeking information relating to this Ballot.

---

**IMPORTANT**

**You should review the Plan before you submit this Ballot. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim under the Plan.**

**If you hold Claims in more than one Class under the Plan, you may receive a Ballot for each such other Class and must complete a separate Ballot for each such Class.**

---

#675714.1

> **VOTING DEADLINE: February 27, 2023 at 5:00 p.m. (the VOTING DEADLINE").**
>
> To be counted as a vote to accept or reject the Plan, a Ballot must have been properly completed, executed, and delivered to the Debtor's counsel by hand-delivery, U.S. Mail, or Federal Express to the following address:
>
> > Weir Greenblatt Pierce LLP
> > Attn: Jeffrey S. Cianciulli, Esquire
> > 1339 Chestnut Street, Suite 500
> > Philadelphia, PA 19107
>
> so that the Ballots are received on or before the Voting Deadline.
>
> Your receipt of this Ballot does not signify that your Claim(s) has been or will be allowed. The Debtor reserves all rights to dispute such Claim(s).

## INSTRUCTIONS FOR COMPLETING THE BALLOT

**PLEASE READ THE PLAN CAREFULLY BEFORE COMPLETING THIS BALLOT.**

1. Complete, sign, and return this Ballot to Debtor's counsel so that it is actually received no later than the Voting Deadline, unless such time is extended in writing by the Debtor. Ballots must be delivered to:

> Weir Greenblatt Pierce LLP
> Jeffrey S. Cianciulli, Esq.
> 1339 Chestnut Street, Suite 500
> Philadelphia, PA 19107

BALLOTS WILL <u>NOT</u> BE ACCEPTED BY FAX OR EMAIL

2. To properly complete the Ballot, you must follow the procedures described below:

   a. If you are completing this Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

   b. If you also hold other Claims, you should separately complete and submit a Ballot for each Class of Claims in which you hold Claims. Your Ballot will be counted only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on such Ballot;

    c. If you believe that you have received the wrong Ballot, please contact counsel to the Debtor immediately;

    d. Provide your name and mailing address on your Ballot;

    e. Sign and date your Ballot and provide the remaining information requested; and

    f. Return the Ballot to counsel to the Debtor by mail or website as set forth above.

3. The Plan also is available to you upon request to Debtor's counsel.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT. PLEASE COMPLETE THE FOLLOWING:

**Item 1. Claim.** The undersigned hereby certifies that, as of the Record Date, the undersigned was the holder (or authorized signatory of such holder) of a Claim in the aggregate amount provided below.

| Amount of Claim: |
| --- |
| $ 54,770.69      Class 3, Eric Hebert |

**Item 2. Vote on the Plan.** The undersigned holder of a Claim in the amount identified in Item 1 above hereby votes to:

**Check ONE box:**

    ☒ to **Accept** the Plan

    OR

    ☐ to **Reject** the Plan

**Item 3. Certification as to other Claims.** The undersigned hereby certifies that either (i) it has not submitted any other Ballots for other Claims held in other accounts or other record names, or (ii) if it has submitted Ballots for other such Claims held in other accounts or other record names, then such Ballots indicate the same election.

**Item 4. Acknowledgements and Certification.** By signing this Ballot, the undersigned acknowledges that: (i) it is the holder of the Claim identified in Item 1 above as of the Record Date; and (ii) it has full power and authority to make execute this Ballot in connection with the Plan.

| | |
|---|---|
| Print or Type Name of Claimant: | Eric Hebert |
| Last Four (4) Digits of Social Security or Federal Tax I.D. No. of Claimant: | |
| Signature: | /s/ Michael D. Vagnoni |
| Name of Signatory (if different than Claimant): | Michael D. Vagnoni, Esq. |
| If by Authorized Agent, Title of Agent: | Partner, Obermayer Rebmann Maxwell & Hippel LLP |
| Street Address: | Centre Square West 1500 Market Street, Suite 3400 |
| City, State, and Zip Code: | Philadelphia, PA 19102 |
| Telephone Number: | 215-665-3066 |
| Email Address: | michael.vagnoni@obermayer.com |
| Date Completed: | 2/21/2023 |

This Ballot shall not constitute or be deemed a proof of Claim or Interest, an assertion of a Claim or Interest, or the allowance of a Claim or Interest.

No person has been authorized to give any information or advice, or to make any representation, other than what is included in any other materials accompanying this Ballot.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| LOVE RENOVATIONS & DESIGN, LLC, | Case No. 22-12011-MDC |
| Debtor. | |

**BALLOT FOR VOTING TO ACCEPT OR REJECT
THE PLAN OF REORGANIZATION**

On December 22, 2022, Debtor Love Renovation & Design, LLC (the "Debtor") filed its Amended Plan of Reorganization (the "Plan") [D.I. 51]. If you are, as of January 28, 2023 (the "Record Date"), a holder of an Allowed Claim, please use this Ballot to accept or reject the Plan.

The United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") will hold a hearing on the confirmation of the Plan on March 1, 2023, at 11:30 a.m., or such other time as established by the Court.

If you have any questions on how to properly complete this Ballot, please contact counsel for Debtor, Jeffrey S. Cianciulli at jcianciulli@wgpllp.com.

Please be advised that counsel to the Debtor cannot provide legal advice to those seeking information relating to this Ballot.

---

**IMPORTANT**

**You should review the Plan before you submit this Ballot. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim under the Plan.**

**If you hold Claims in more than one Class under the Plan, you may receive a Ballot for each such other Class and must complete a separate Ballot for each such Class.**

---

> **VOTING DEADLINE: February 27, 2023 at 5:00 p.m. (the VOTING DEADLINE").**
>
> To be counted as a vote to accept or reject the Plan, a Ballot must have been properly completed, executed, and delivered to the Debtor's counsel by hand-delivery, U.S. Mail, or Federal Express to the following address:
>
> > Weir Greenblatt Pierce LLP
> > Attn: Jeffrey S. Cianciulli, Esquire
> > 1339 Chestnut Street, Suite 500
> > Philadelphia, PA 19107
>
> so that the Ballots are received on or before the Voting Deadline.
>
> Your receipt of this Ballot does not signify that your Claim(s) has been or will be allowed. The Debtor reserves all rights to dispute such Claim(s).

## INSTRUCTIONS FOR COMPLETING THE BALLOT

**PLEASE READ THE PLAN CAREFULLY BEFORE COMPLETING THIS BALLOT.**

1. Complete, sign, and return this Ballot to Debtor's counsel so that it is actually received no later than the Voting Deadline, unless such time is extended in writing by the Debtor. Ballots must be delivered to:

   > **Weir Greenblatt Pierce LLP**
   > **Jeffrey S. Cianciulli, Esq.**
   > **1339 Chestnut Street, Suite 500**
   > **Philadelphia, PA 19107**

   BALLOTS WILL <u>NOT</u> BE ACCEPTED BY FAX OR EMAIL

2. To properly complete the Ballot, you must follow the procedures described below:

   a. If you are completing this Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

   b. If you also hold other Claims, you should separately complete and submit a Ballot for each Class of Claims in which you hold Claims. Your Ballot will be counted only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on such Ballot;

#675714.1                                              2

    c. If you believe that you have received the wrong Ballot, please contact counsel to the Debtor immediately;

    d. Provide your name and mailing address on your Ballot;

    e. Sign and date your Ballot and provide the remaining information requested; and

    f. Return the Ballot to counsel to the Debtor by mail or website as set forth above.

3. The Plan also is available to you upon request to Debtor's counsel.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE BANKRUPTCY COURT. PLEASE COMPLETE THE FOLLOWING:

**Item 1. Claim.** The undersigned hereby certifies that, as of the Record Date, the undersigned was the holder (or authorized signatory of such holder) of a Claim in the aggregate amount provided below.

| **Amount of Claim:** |
| --- |
| $ 13,288.19          Class 3, Unsecured Claims |

**Item 2. Vote on the Plan.** The undersigned holder of a Claim in the amount identified in Item 1 above hereby votes to:

**Check ONE box:**

        ☒ to **Accept** the Plan

        OR

        ☐ to **Reject** the Plan

**Item 3. Certification as to other Claims.** The undersigned hereby certifies that either (i) it has not submitted any other Ballots for other Claims held in other accounts or other record names, or (ii) if it has submitted Ballots for other such Claims held in other accounts or other record names, then such Ballots indicate the same election.

**Item 4. Acknowledgements and Certification.** By signing this Ballot, the undersigned acknowledges that: (i) it is the holder of the Claim identified in Item 1 above as of the Record Date; and (ii) it has full power and authority to make execute this Ballot in connection with the Plan.

| | |
|---|---|
| Print or Type Name of Claimant: | Eric Hebert |
| Last Four (4) Digits of Social Security or Federal Tax I.D. No. of Claimant: | |
| Signature: | /s/ Michael D. Vagnoni |
| Name of Signatory (if different than Claimant): | Michael D. Vagnoni, Esq. |
| If by Authorized Agent, Title of Agent: | Partner, Obermayer Rebmann Maxwell & Hippel LLP |
| Street Address: | Centre Square West<br>1500 Market Street, Suite 3400 |
| City, State, and Zip Code: | Philadelphia, PA 19102 |
| Telephone Number: | 215-665-3066 |
| Email Address: | michael.vagnoni@obermayer.com |
| Date Completed: | 2/21/2023 |

This Ballot shall not constitute or be deemed a proof of Claim or Interest, an assertion of a Claim or Interest, or the allowance of a Claim or Interest.

#675714.1                                                 4