# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| LOVE RENOVATIONS & DESIGN, LLC | : | |
| | : | NO.: 22-12011-MDC |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey S. Cianciulli, hereby certify that on February 28, 2023, I did cause a true and correct copy of the **REPORT OF PLAN VOTING FOR DEBTOR'S AMENDED PLAN OF REORGANIZATION** was filed and served electronically on all parties registered via the Court's CM/ECF system.

/s/ Jeffrey S. Cianciulli
Jeffrey S. Cianciulli

676565.1