**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| LOVE RENOVATIONS & DESIGN, LLC | NO.: 22-12011-MDC |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Cianciulli, hereby certify that on February 28, 2023, I did cause a true and correct copy of the **MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION** was filed and served electronically on all parties registered via the Court's CM/ECF system.

/s/ Jeffrey S. Cianciulli
Jeffrey S. Cianciulli