**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| LOVE RENOVATIONS & DESIGN, LLC | NO.: 22-12011-MDC |
| Debtor. | |

**ORDER CONFIRMING SUBCHAPTER V PLAN OF**
**LOVE RENOVATIONS & DESIGN, LLC**

This matter having come before the Court on March 1, 2023 in the above-captioned Chapter 11 Subchapter V case of Love Renovations & Design, LLC (the "Debtor") for hearing on the confirmation of the Debtor's Amended Plan of Reorganization filed on December 22, 2022 [Doc. 51] (the "Plan"), and based upon the Court's review of (i) the First Amended Report of Plan Voting dated February 28, 2023 regarding tabulation of the votes (the "Voting Report") [Doc. 75]; (ii) all of the evidence proffered at, and arguments of counsel made at, the hearing on confirmation of the Plan (the "Confirmation Hearing"), and (iii) the entire record of this Chapter 11 case; and after due deliberation and good cause appearing, the Court makes the following findings of fact and conclusions of law:

Consensual Plan Under 11 U.S.C. § 1191(a). The Plan was accepted by Class 2, Class 3 and Class 4. The Plan is therefore deemed a consensual plan and may be approved under Section 1191(a) of the Bankruptcy Code.

AND NOW, it having been determined, after a hearing on notice, that the requirements set forth in 11 U.S.C. § 1191(a) for confirmation of the Plan have been

satisfied, it is therefore ORDERED that

1. The Plan is confirmed.

2. In accordance with 11 U.S.C. § 1183(c)(l), the Subchapter V Trustee's services shall automatically terminate upon the Plan's substantial consummation.

3. The sale of the Real Property shall be free and clear of all liens, claims, interests and encumbrances. The Debtor shall file a report of sale of the Real Property following closing and include a copy of the settlement statement or closing disclosure document. .

4. No later than fourteen (14) days after the Plan's substantial consummation, the Debtor shall (i) file the notice required under 11 U.S.C. § 1183(c)(2), and (ii) file a motion for the case to be closed, for the Debtor's discharge, and for a final decree.

5. All property of the Debtor's estate is hereby revested with the Debtor.

6. The Debtor has authority to operate its business and use, acquire, sell and dispose of property without need of further application to this Court, except as otherwise required under the Bankruptcy Code.

7. The Debtor shall serve as disbursing agent to make payments as set forth under the Plan.

8. This Court shall retain jurisdiction to adjudicate any issues or disputes that arise in connection with or related to the Plan, its consummation, and its implementation, without limitation.

675616_1

9. Eric Hebert, the holder of the claim in Class 3 of the Plan, has agreed to accept $54,770.69 as payment in full of his claim against the Debtor in the context of this bankruptcy proceeding; however, nothing in the Plan or this Order shall constitute a third party release of any other judgment debtor liable to Eric Hebert on the judgment that gives rise to his claim as reflected in his proof of claim timely filed on November 2, 2022 (Proof of Claim #4). Eric Hebert retains all state court rights to collect on the deficiency amount of the judgment against the liable non Debtor parties, including but not limited to Rich DiCintio and Margie Love.

10. Pursuant to Bankruptcy Code section 1146(a), the issuance, transfer or exchange of notes or equity securities under or in connection with this Plan, the creation of any mortgage, deed of trust or other security interest, the making or assignment of any lease or sublease or the making or delivery of any deed or other instrument of transfer under, in furtherance of, or in connection with this Plan, including any merger agreements or agreements of consolidation, deeds, bills of sale or assignments executed in connection with any of the transactions contemplated herein, or other transactions, contemplated under this Plan shall not be subject to any stamp, real estate transfer, mortgage or other similar tax.

Dated: March 6, 2023

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

675616_1